# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00087-CR

**Brian Paul Hunt, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. C-1-CR-10-403623,
### THE HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Brian Paul Hunt seeks to appeal from a judgment of conviction for driving while license invalid. *See* Tex. Transp. Code Ann. § 521.457 (West Supp. 2011). The trial court has certified that this is a plea bargain case and Hunt has no right of appeal. Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   April 13, 2012

Do Not Publish